THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HENRY HOSIER, Respondent.

*People* v. *Hosier,* 132 App. Div. 146, affirmed.
(Argued June 14, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1909, which reversed a judgment of the Court of Gen-

eral Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree and granted a new trial.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for appellant.

*John M. Coleman* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.